RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702)388-6261/Fax

Attorney for John Doe

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:15-cr-218-JAD-GWF |
| Plaintiff, | **STIPULATION TO ADVANCE SENTENCE DATE**<br>(First Request) |
| v. | |
| JOHN DOE,<br>A.K,A, ARNOLD MALONE | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Sarah Griswold, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for John Doe, that the

Sentencing date currently scheduled for November 16, 2015, be advanced and set to a date and time convenient to this court.

The Stipulation is entered into for the following reasons:

1. The Presentence report recommends credit for time served.
2. The government does not oppose.
3. The client is in custody and also does not oppose.
4. This is the first stipulation to advance filed herein.

DATED: September 28, 2015

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DANIEL G. BOGDEN<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Sarah Griswold*<br>By_____<br>SARAH GRISWOLD<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOE,<br>A.K,A, ARNOLD MALONE,<br><br>　　　　　Defendant. | Case No. 2:15-cr-218-JAD-gwF<br><br>**ORDER** |

**ORDER**

　　IT IS FURTHER ORDERED that the sentence date currently scheduled for November 16, 2015 at 9:00 a.m.; be advanced to Tuesday, October 6, 2015, at 9:00 a.m.

　　　　DATED this 28th day of September, 2015.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3